UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-4488__ as

☐ Retained   ☑ Court-appointed(CJA)   ☐ Court-assigned(non-CJA)   ☐ Federal Defender   ☐ Pro Bono   ☐ Government

COUNSEL FOR: __James Michael Nichols__

_____ as the
(party name)

☑ appellant(s)   ☐ appellee(s)   ☐ petitioner(s)   ☐ respondent(s)   ☐ amicus curiae   ☐ intervenor(s)

_____
(signature)

| | |
|---|---|
| Christian M. Capece | 304-345-8900 |
| Name (printed or typed) | Voice Phone |
| Kay Casto & Chaney PLLC | 304-345-8909 |
| Firm Name (if applicable) | Fax Number |
| P. O. Box 2031 | |
| Charleston, WV 25327-2031 | ccapece@kaycasto.com |
| Address | E-mail address (print or type) |

### CERTIFICATE OF SERVICE

I certify that on __July 24, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Monica D. Coleman, Esquire
Assistant U.S. Attorney
United States Courthouse
300 Virginia Street, East
Room 4000
Charleston, WV 25301

_____    __July 24, 2014__
Signature                                           Date

05/07/2014
SCC