IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.                                                                APPEAL NO. 14-4488

JAMES MICHAEL NICHOLS,

    Defendant-Appellant.

## MOTION TO CONTINUE BRIEFING SCHEDULE

    Now comes the Defendant-Appellant, James Michael Nichols, by counsel, Christian M. Capece and the law firm of Kay Casto & Chaney PLLC, and respectfully moves the Court to continue the briefing schedule set in this matter currently scheduled for August 19, 2014, for a period of thirty days, to, and including, September 19, 2014. This request is made as the undersigned counsel was recently appointed Federal Public Defender of the Southern District of West Virginia by the Court of Appeals for the Fourth Circuit and it is anticipated that the undersigned will be transitioning from private practice to the appointed position with the Federal Public Defender's office in mid-August, 2014.

    WHEREFORE, for the reasons stated herein and for all of the reasons appearing to the court and in the ends of justice, the Defendant respectfully prays for the entry of an order continuing the briefing schedule currently set in this matter.

JAMES MICHAEL NICHOLS

By Counsel

/s/ Christian M. Capece
CHRISTIAN M. CAPECE (WV Bar No. 10717)
KAY CASTO & CHANEY, PLLC
P. O. Box 2031
Charleston, WV 25327
(304) 345-8900
(304) 345-8909   (Fax)
ccapece@kaycasto.com

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.                                               APPEAL NO. 14-4488

JAMES MICHAEL NICHOLS,

    Defendant-Appellant.

### CERTIFICATE OF SERVICE

I, Christian M. Capece, counsel for Defendant-Appellant, do hereby certify that on the 24th day of July, 2014, I electronically filed "**MOTION TO CONTINUE BRIEFING SCHEDULE**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Monica D. Coleman, Esquire
Assistant United States Attorney
United States Courthouse
300 Virginia Street, East, Room 4000
Charleston, West Virginia 25301

    /s/ Christian M. Capece
Christian M. Capece (WVSB#10717)
Kay Casto & Chaney PLLC
707 Virginia Street, East, Suite 1500
Post Office Box 2031
Charleston, West Virginia 25327
(304) 345-8900
(304) 345-8909 (facsimile)