FILED: July 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4488
(2:07-cr-00192-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JAMES MICHAEL NICHOLS

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

    Appendix due: 09/18/2014

    Opening brief due: 09/18/2014

    Response brief due: 10/14/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk